UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Case No.: 16-23236 BKC PGH

TYRONE K. BRIDGEMOHAN

Chapter 13

Debtors.
_______________________________/

**NOTICE OF COMPLIANCE WITH COURT RULING FOR PRO BONO CASE AS APPROVED BY STEVEN S. NEWBURGH**

COMES NOW, Chad T. Van Horn, Esq., and files this Notice of Compliance for Taking Pro Bono Case as Ordered by the Honorable Judge Hyman in the above referenced matter. Said Pro Bono case has been approved by Steven S. Newburgh, as per direction of Court paper # 19 in the above referenced Bankruptcy case.

Dated: November 15, 2016

**Van Horn Law Group, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
By: /s/___________________
Chad T. Van Horn, Esq.
Florida Bar No. 0064500
Email: Chad@cvhlawgroup.com