**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

□ ___1st_______ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
□ _____________ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Tyrone Bridgemohan________ JOINT DEBTOR:_______________________ CASE NO.: 16-23236 PGH
Last Four Digits of SS# xxx-xx-0200______ Last Four Digits of SS# xxx-xx-_____________ Case Filed On: 9/28 /16

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60_____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $_2028.97__ for months ___1__ to __15__;
B. $_1779.64__ for months __16__ to __60__;
C. $__________ for months ______ to ______; in order to pay the following creditors:

Administrative: Safe Harbor Attorney's Fee $ 3,500.00 Plus filing fees and costs
MTV Personal x 2 $ 1,050.00
Total Attorney's Fees Owed **$ 4,550.00**
Total Paid Direct by Client $ 1,000.00 Plus filing fees and costs
Balance Due **$ 3,550.00** payable $_236.67_/month (Months __1__ to __15__).

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

US Bank National Association
425 Walnut Street
Cincinnati, OH 45202-3959

Arrearages on petition date: $ 27,620.91
Pay regular payment $ 867.00/month (months 1 to 60)
Pay arrearages $ 460.35/month (months 1 to 60)

Account # 7777

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Finance Depot<br>10 Fairway Dr # 304<br>Deerfield Beach, FL 33441<br>Account # 2006/0200 | 2009 Volvo<br>VIN#<br>YV1AS982491088660<br><br>$ 8125.00 | 5.50% | $ 155.20 | 1 TO 60 | $ 9312.00 |
| Santander Consumer USA, Inc.<br>POB 96125<br>Ft Worth, TX 76161 | 2013 Kia Rio<br>Vin#<br>KNADN4A31D6117279<br><br>$ 6560.00 | 5.50% | $ 125.30 | 1 TO 60 | $ 7518.00 |

1. N/A

Unsecured Creditors: Pay $__10.00_/month (Months__16___ to __60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Filed ECF______
Chad Van Horn, Esq. with the consent of the Debtor(s)

Date:____March 8, 2017