**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**

**In re:**

**Tyrone Bridgemohan,**

**Debtor.**
**____________________/**

**Case No: 16-23236 BKC PGH**
**Chapter 13**

**DEBTOR'S AMENDED EMERGENCY MOTION TO REINSTATE DISMISSED CHAPTER 13 CASE**
**[Exigent Circumstances: Debtor's vehicles liened by Finance Depot and Santander are both facing repossession. Debtor is receiving threatening phone calls to repossess vehicles]**

COMES NOW the Debtor, Tyrone Bridgemohan, by and through his undersigned counsel, and moves for entry of an Order permitting the reinstatement of his dismissed Chapter 13 and for cause states as follows:

1. Debtor filed a for relief under Chapter 13 of the Bankruptcy Code on September 28, 2016.

2. The Debtor attended his 341 Meeting of Creditors but failed to bring his payment under the Proposed Chapter 13 Plan, DE# 14.

3. The Debtor's wife was on life support and he was not in the mental state to remember to bring the payment.

4. Since the scheduled 341 meeting, scheduled on November 18, 2016, the Debtor's wife has since passed.

5. The Debtor has returned to work, however, his paychecks have not been arriving timely, resulting in the Debtor falling behind on his payments.

6. On March 10, 2017, this case was dismissed for failure to provide necessary

documentation to the Trustee and for denial of confirmation of plan, DE# 62.

6 The Debtor is attempting to save his homestead property and is making a good faith effort to cure arrearages within the plan.

7 The Debtor has the income necessary to fund a plan in good faith.

8. No party will be prejudiced if the Case is reinstated;

9. Therefore, Debtor asserts that good cause exists to reinstate his Chapter 13 case.

WHEREFORE, Debtor, Tyrone Bridgemohan, respectfully requests the entry of an Order to reinstating his Chapter 13 Case and for whatever further relief this Honorable Court deems just and proper.

**ATTORNEY CERTIFICATION PURSUANT TO LOCAL RULE 9013-1(E)(1)**

I hereby certify that the above referenced Debtor has tendered two plan payments totaling $ 4,058.94, and Debtor understands that the payment of one plan payment totaling $ 2028.97 must be made on or before the due date of April 28, 2017.

Respectfully submitted this 28th day of March, 2017

VAN HORN LAW GROUP P.A.
330 N. Andrews Avenue Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (Fax)
Chad@cvhlawgroup.com
By: /s/ **Chad T. Van Horn**
Chad T. Van Horn, Esq.
Florida Bar No. 64500